Riverside Oil Company of Illinois, appellant, v. William R. O'Toole, appellee. Gen. No. 26,585.

Action upon two promissory notes. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed November 29, 1921.

William R. Wiley, for appellant. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

A. Emma Smith, appellee, v. Consumers Oil & Shale Company, appellant. Gen. No. 26,607.

Action on contract to repurchase corporate stock. Defendant's affidavit of merits stricken and judgment rendered for plaintiff in default. Appeal from Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed November 29, 1921.

Wilkerson, Cassels, Potter & Gilbert, for appellant; Ralph F. Potter and Kenneth B. Hawkins, of counsel. Lewis, Sheriff, Folsom & Streeter, for appellee; Wallace Streeter, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Joseph Keim, appellee, v. C. B. Shaffner, appellant. Gen. No. 26,639.

Judgment on promissory notes pursuant to warrants authorizing confession. Motion to vacate denied. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed November 29, 1921.

B. M. Shaffner, for appellant. Levisohn & Levisohn, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Salomon-Waterton & Company, appellee, v. Mary Smith, appellant. Gen. No. 26,636.

Judgment by confession on promissory notes. Motion to vacate and for leave to plead denied. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed November 29, 1921.

Rudolph Frankenstein, for appellant. Sonnenschein, Berkson, Lautmann & Levinson, for appellee.

Mr. Justice Morrill delivered the opinion of the court.